UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ENRIQUE ASCANIO BAUTISTA (A# 221-362-821),<br><br>   Petitioner,<br><br>  v.<br><br>ORESTES CRUS, et al.,<br><br>   Respondents. | No.  1:26-cv-06119 DC SCR<br><br><br>**MINUTE ORDER** |

   Petitioner, an immigration detainee who is proceeding through counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter has been referred to the undersigned by operation of Local Rule 302(c)(17) and 28 U.S.C. § 636.

   Respondents are directed to show cause why the writ should not be granted by filing an answer/return within seven (7) days from the date of this order.  See 28 U.S.C. § 2243. Respondents shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.  Petitioner may file a reply within three (3) days of Respondents' answer/return.  Absent a further order of the court, the petition will be taken under submission after the filing of the answer/return.

   In the event Petitioner obtains an immigration bond and it is paid resulting in release, Petitioner's counsel shall inform the court as expeditiously as possible in order to conserve its limited judicial resources.  For the same reason, Respondents shall inform the court as expeditiously as possible in the event a travel document is obtained for Petitioner that will result in Petitioner's imminent removal from this country.  Either party shall update the court by filing a Notice of Changed Circumstances that informs the court of the particular circumstances that have changed.

   IT IS SO ORDERED.

1