United States District Court
Eastern District of California

Luis Enrique Ascanio Bautista

Plaintiff(s)

V.

Orestes Cruz et. al,

Defendant(s)

Case Number: 1:26-cv-06119 DC SCR TBD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Stephen A. Pegnam hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Luis Enrique Ascanio Bautista

On 11/16/2006 (date), I was admitted to practice and presently in good standing in the U.S. District Court District of Massachusetts (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/03/2026

Signature of Applicant: /s/ Stephen A. Pegnam

**Pro Hac Vice Attorney**

Applicant's Name: Stephen A. Pegnam

Law Firm Name: Law Offices of Stephen A. Lagana

Address: 145 Essex Street

City: Lawrence State: MA Zip: 01840

Phone Number w/Area Code: (978) 794-2331

City and State of Residence: Lawrence, MA

Primary E-mail Address: lagana.law@gmail.com

Secondary E-mail Address: stevpeg@yahoo.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Bernal Peter Ojeda

Law Firm Name: Law Offices of Bernal Peter Ojeda

Address: 2945 Townsgate Road, Suite 200

P. O. Box 3664

City: Westlake Village State: CA Zip: 91359-0664

Phone Number w/Area Code: (888) 450-2501 Bar # 140387

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE